JS-6

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOCELYN HOWARD, aka Ariel, an individual, | Case No.: 2:19-cv-10609-JFW-GJS |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| THREE GROUP, INC. dba CRAZY GIRLS, a California Limited Liability Company; MARCELLE EZERZER, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, | |
| Defendants. | |

**JUDGMENT**
– 1 –

On March 2, 2020, Defendants Three Group, Inc. dba Crazy Girls and Marcelle Ezerzer (collectively, "Defendants") served plaintiff Jocelyn Howard ("Plaintiff") with an Offer of Judgment in this action in the total amount of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00), inclusive of costs and attorneys' fees, pursuant to Fed. R. Civ. P. 68. Dkt. 21. Thereafter, that same day, Plaintiff accepted the Offer. Dkt. 22.

In accordance with the Offer of Judgment [Dkt. 21] and Notice of Acceptance [Dkt. 22] filed on March 2, 2020, the Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00), inclusive of costs and attorneys' fees, and pursuant to Fed. R. Civ. P. 68, with interest at the legal rate of ten percent (10%) per annum from the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: March 6, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE